IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-16-BU-DWM |
| | ) | CR 05-18-BU-DWM |
| Plaintiff, | ) | CR 05-47-M-DWM |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GORDON STEVE MAHOOD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant **Gordon Steve Mahood** having entered pleas of guilty to the charges in CR 05-16-BU, CR 05-18-BU and CR 05-47-M and the court having accepted those pleas,

IT IS HEREBY ORDERED that:

1. Sentencing is set down for **March 24, 2006 at 9:30 a.m.** in the Mike Mansfield Federal Building & U. S. Courthouse, Butte, Montana.

2. The United States Probation Office shall conduct a presentence investigation in accordance with Fed. R. Crim. P. 32(b) and 18 U.S.C. § 3552(a).

3. Following completion of the presentence report, the

1

probation officer shall disclose the report (excepting any recommendations of the probation officer) to the defendant, counsel for the defendant, and counsel for the government no later than **February 7, 2006**.  The probation officer shall not disclose, directly or indirectly to anyone under any circumstances, the substance or contents of any recommendation made or to be made to the Court.

    4.   In cases where restitution is mandatory, the probation officer shall consider a payment plan with the Defendant and make recommendations to the Court concerning interest and a payment schedule.

    5.   In accordance with U.S.S.G. § 6A1.2, after receipt of the presentence report and no later than **February 21, 2006**, counsel for each party shall present to the probation officer, in writing, any objections to be relied upon at sentencing and, if there is a dispute over any material in the presentence report, counsel shall meet with the probation officer and attempt to resolve disputes informally by diligent good faith effort.

    6.   The presentence report, in final form, shall be delivered to the Court and the parties no later than **March 9, 2006**.

    7.   If the objections made pursuant to ¶ 5 are not resolved and counsel wishes the Court to address them, the objecting party shall submit all unresolved objections and a sentencing

memorandum (one original and two copies) to the Court no later than **March 15, 2006.** Sentencing memoranda must be faxed to opposing counsel on the day filed. The Court will resolve disputes in accordance with § 6A1.3 of the guidelines at the sentencing hearing.

    8.   If either party intends to have witnesses testify at sentencing, the party must notify the Court no later than **March 15, 2006** of the identity of the witness and the scope and purpose of the intended testimony.

    9.   Any responses to sentencing memoranda shall be filed on or before **March 20, 2006.** Responses must be faxed to opposing counsel on the day filed.

    10.   Reply briefs will not be accepted for filing in sentencing matters.

    The Clerk is directed to notify counsel and the probation office of the entry of this Order.

    Dated this 9th day of November, 2005.

```
                              /s/
                              DONALD W. MOLLOY, CHIEF JUDGE
                              UNITED STATES DISTRICT COURT
```